# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| SHERI ISRAEL and KENNETH ISRAEL, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | No. 2:16-CV-00580-JRG-RSP |
| | § | |
| LSK ENTERPRISES, INC., | § | |
| | § | |
| Defendant. | § | |

# ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Roy S. Payne pursuant to 28 U.S.C. § 636. Now before the Court is the Report and Recommendation (Dkt. No. 50) by Magistrate Judge Payne, which recommends that LSK Enterprises, Inc.'s Motion for Summary Judgment (Dkt. No. 33) be denied. Neither party has objected to the Report.

Having considered the Report, the Court concludes Magistrate Judge Payne's Report and Recommendation is correct. **IT IS THEREFORE ORDERED** that the Report and Recommendation (Dkt. No. 50) is hereby **ADOPTED**. LSK Enterprises, Inc.'s Motion for Summary Judgment (Dkt. No. 33) is **DENIED**.

**So Ordered this**
**Sep 28, 2017**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE