IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| SHERI ISRAEL and KENNETH ISRAEL, Plaintiffs, | § § § § § § § § § | |
| v. | | No. 2:16-CV-00580-JRG-RSP |
| LSK ENTERPRISES, INC., Defendants. | | |

### ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed and considered the parties' Joint Motion for Dismissal With Prejudice [Dkt. # 56], **GRANTS** the motion and **DISMISSES** Plaintiffs Sheri Israel's and Kenneth Israel's claims and causes of action against Defendant LSK Enterprises, Inc. **WITH PREJUDICE** in their entirety. All court costs are taxed to parties incurring same.

SIGNED this 13th day of December, 2017.

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE